Núm. 8356.—Ex parte Capó, apldo. v. Rivera, aplte.—C. D. Guayama. ▇▇▇▇▇▇▇▇▇ Diciembre 3, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Examinada la moción del apelado de octubre 21, 1941, vista con la sola asistencia del apelante por su abogado en noviembre 17 último, solicitando la desestimación de la apelación por frívola, y examinados los demás documentos presentados en apoyo de la misma y el alegato del apelante, no estando convencido el tribunal de que el recurso interpuesto sea claramente frívolo, no ha lugar.

El Juez Asociado Sr. Todd, Jr. no intervino.

En los siguientes casos, el tribunal se negó a desestimar por frívolos los recursos, por no estar convencido de que lo fueran o porque claramente no lo son:

Núms. 8391, 8379, 8441, y 8475.

Núm. 8091.—Vélez, apldo. v. Orozco, aplte.—C. D. San Juan. ▇▇▇▇▇▇▇▇ Julio 22, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, la parte apelada solicita la desestimación de la apelación por no haberse presentado por la parte apelante su alegato dentro del término que esta corte le concediera; y

Por cuanto, si bien ello es así es lo cierto que al llamarse el caso para la vista de la moción ya la parte apelante había archivado el alegato que contiene diez y nueve páginas a máquina y señala y discute cuatro errores:

Por tanto, la corte, en el ejercicio de su discreción, resuelve no haber lugar a la desestimación, y a fin de que la tramitación del recurso no sufra más dilaciones señala desde ahora la vista del mismo para el 4 de noviembre de 1941, a las dos p. m., que es el primer día hábil para esta clase de asuntos de su próximo término de sesiones.